IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MICHAEL ANTONIO CORNELIUS,<br><br>Plaintiff,<br><br>v.<br><br>SGT. ANDREW JENKINS; and C/O II BERNARD JOINER,<br><br>Defendants. | CIVIL ACTION NO.: 6:16-cv-125 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 4), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's monetary claims against Defendants in their official capacities, retaliation claims and claims against Defendant Joiner in their entirety. The Court also **DENIES** Plaintiff leave to appeal *in forma pauperis* as to his claims against Defendant Joiner. Plaintiff's excessive force claims against Defendant Jenkins remain pending.

**SO ORDERED**, this 10th day of May, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA