IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 JUL 23 AM 11: 14

CLERK_____
SO. DIST. OF GA.

MICHAEL ANTONIO CORNELIUS,

    Plaintiff,

v.

SGT. ANDREW JENKINS,

    Defendant.

CIVIL ACTION NO.: 6:16-cv-125

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 9), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.

The Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's Complaint for failure to prosecute and failure to follow this Court's Order. The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 23rd day of July, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA