# United States District Court
## Southern District of Georgia

MICHAEL ANTONIO CORNELIUS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 616-125

SGT. ANDREW JENKINS,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated July 23, 2018 adopting the Report and Recommendation as the opinion of the Court, that Plaintiff's Complaint is dismissed without prejudice for failure to prosecute and follow this Court's Order. Plaintiff is also denied leave to proceed in forma pauperis on appeal. This case stands closed.

| 7/23/2018 | | Scott L. Poff |
|---|---|---|
| Date | | Clerk |

/s/ Jamie Hodge
(By) Deputy Clerk